# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAPPY GROWTH LLC., a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FUSION HOSPITALITY CORPORATION, a California corporation; DENNY BHAKTA, an Individual and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-01724-BEN-KSC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>[ECF Nos. 4, 5] |

Before the Court are Plaintiff Happy Growth LLC's Notice of Dismissal (ECF No. 4) and Motion for Voluntary Dismissal (ECF No. 5). Good cause appearing, the Court **grants** Plaintiff's motion for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). The action is dismissed in its entirety without prejudice.

**IT IS SO ORDERED.**

Dated: September 24, 2020

Hon. Roger T. Benitez
United States District Court Judge